58 A.3d 749

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Elton Eugene HILL, Respondent.**

Supreme Court of Pennsylvania.

Nov. 28, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of November, 2012, the Petition for Allowance of Appeal is **GRANTED** on the following issue, as stated by Petitioner:

Is a second set of *Miranda* warnings and a second waiver required before questioning a criminal defendant immediately after he failed a polygraph examination where the defendant and his attorney agreed to the polygraph examination and waived his right to remain silent after being read *Miranda* warnings right before the polygraph examination?